**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BAKTIIAR ZHANYBEKOV,

Petitioner,

v. No. 1:26-cv-02126-MLG-JFR

MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security; et al.;

Respondents.

**ORDER REQUIRING RESPONDENTS PROVIDE A**
**STATUS REPORT REGARDING PETITIONER'S REMOVAL**

Petitioner Baktiiar Zhanybekov, a national of Kyrgyzstan, received an administratively final order of removal on October 17, 2025. *See* Doc. 8 at 1; Doc. 8-5. Federal Respondents[1] moved him to a detention facility in El Paso, Texas, on August 24, 2026, in anticipation of deporting Zhanybekov on August 28, 2026 to the Central African Republic. Doc. 10 at 1; Doc.11 at 1; Doc. 11-1; Doc. 13; Doc. 15. Respondents did not remove Zhanybekov to the Central African Republic on that date. Doc. 18 at 2. As of August 31, 2026, he was still being detained at the Prairieland Detention Center in Alvarado, Texas. *Id.*

Zhanybekov requests the Court rule on his original Petition for Writ of Habeas Corpus (Doc. 1).[2] Doc. 18; Doc. 20. The Court declines to do so absent a response from Federal Respondents regarding the status of Zhanybekov's removal.

---

[1] The Court uses "Federal Respondents" to refer to all Respondents in this matter other than the Warden of the Torrance County Detention Center.

[2] Petitioner filed an Amended Petition on for Writ of Habeas Corpus ("Amended Petition") (Doc. 14) on August 25, 2026. It is unclear whether Petitioner is abandoning the Amended Petition. *See* Docs. 18, 20. The Amended Petition, however, does contain a claim that his removal is no longer

Federal Respondents are hereby ordered to provide a status report along with evidentiary support regarding the following: 1) the reason Zhanybekov was not deported to the Central African Republic on August 28, 2028; 2) whether Zhanybekov will be removed to the Central African Republic in the next fourteen days; and 3) if Respondents no longer intend to remove Zhanybekov to the Central African Republic, Respondent's plan to execute Zhanybekov's order of removal in the next fourteen days. Federal Respondents shall file their status report by 5:00 p.m. on September 8, 2026.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

reasonably foreseeable and violates 8 U.S.C. § 1231(a) and the Fifth Amendment Due Process Clause. Doc. 14 at 7-8; *see also* Doc. 1 at 9-10.